**Order entered November 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00716-CV

### IN RE VICTOR ENTERPRISES, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-07625-A**

## ORDER

Before the Court is the motion of real party in interest for rehearing en banc in this case.

The Court requests that relator file a response to the motion on or before November 24, 2014.

/s/ DAVID L. BRIDGES
   JUSTICE